**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Duc NGUYEN, Defendant–Appellant.**

**No. 06–10782
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 7, 2007.

Bret E. Helmer, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Jeffrey A. Kearney, Kearney Law Firm, Fort Worth, TX, for Defendant–Appellant.

William Ernest Hermesmeyer, Fort Worth, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Duc Nguyen raises arguments that are foreclosed by *United States v. Austin*, 432 F.3d 598, 599–600 (5th Cir.2005), which held that the application of the remedial opinion of *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), to a sentencing hearing where the underlying offense was committed pre-*Booker* does not violate constitutional due process or ex post facto requirements. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

Before REAVLEY, JOLLY, and BENAVIDES, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

